# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00113-CV

**Nicholas Felman, Appellant**

**v.**

**Malena McGowan, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### NO. C-1-CV-09-013640, HONORABLE WILLIAM E. BENDER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Nicholas Felman's brief was due in this Court on May 26, 2010. On June 15, 2010, the Clerk of this Court sent notice to appellant that his brief was overdue and that his appeal would be dismissed for want of prosecution if he did not respond to this Court by June 25, 2010. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b), (c).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed for Want of Prosecution

Filed: August 12, 2010